# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER KAMINSKAS, : | |
|       Plaintiff, : | |
|   v. : | Civ. No. 17-1267 |
| : | |
| RARE HOSPITALITY : | |
| INTERNATIONAL, INC. : | |
|       Defendant. : | |

## O R D E R

**AND NOW,** this 12th day of May, 2017, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY:    */s/ Nelly Lu*
       Nelly Lu
       Deputy Clerk

Civ 2 (8/2000)
41(b).frm